NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SENJU PHARMACEUTICAL CO., LTD.,**
**MITSUBISHI CHEMICAL CORPORATION,**
*Appellants*

**v.**

**AKORN, INC.,**
*Appellee*

———————————

2017-1511

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01205.

———————————

**JUDGMENT**

———————————

ANTON METLITSKY, O'Melveny & Myers LLP, New York, NY, argued for appellants. Also represented by LISA BARONS PENSABENE, FILKO PRUGO; JOHN C. KAPPOS, Newport Beach, CA.

CHANDRIKA VIRA, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellee. Also represented by ELDORA ELLISON, RALPH WILSON POWERS, III, JON WRIGHT.

––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  August 8, 2018     /s/ Peter R. Marksteiner
       Date          Peter R. Marksteiner
                     Clerk of Court